1  ~~LAW OFFICES OF BILL LATOUR~~
2  ~~BILL LATOUR [CSBN: 169758]~~
   ~~1420 E. Cooley Dr., Suite 100~~
3  ~~Colton, California 92324~~
   ~~Telephone: (909) 796-4560~~
4  ~~Facsimile: (909) 796-3402~~
   ~~E-Mail: fed.latour@yahoo.com~~
5
6
   ~~Attorney for Plaintiff~~
7

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 2 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8              UNITED STATES DISTRICT COURT
9      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  TEDDY BABBITT,                    )   No.  EDCV 09-1685 AN
11                                    )
         Plaintiff,                   )   ~~[PROPOSED]~~ ORDER AWARDING
12                                    )   EAJA FEES
                                      )
13       v.                           )
                                      )
14  MICHAEL J. ASTRUE,                )
15  Commissioner Of Social Security,  )
                                      )
16                                    )
         Defendant.                   )
17

18       Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19       IT IS ORDERED that EAJA fees are awarded in the amount of ONE
20  THOUSAND ONE HUNDRED FIFTY DOLLARS AND 00/100 ($1,150.00) subject
21  to the terms of the stipulation.
22
23
24       DATE:  April 27, 2012      _____
25                                  HON. ARTHUR NAKAZATO
26                                  UNITED STATES MAGISTRATE JUDGE
27
28

                              -1-